IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHARLOTTE NEW                                                                                    PLAINTIFF

v.                          NO. 3:17-cv-00229 PSH

NANCY A. BERRYHILL, Acting Commissioner                                    DEFENDANT
of the Social Security Administration

ORDER

Plaintiff Charlotte New has filed the pending unopposed motion for extension of time to file a brief. See Pleading 11. For good cause shown, the motion is granted. Plaintiff is given up to, and including, January 22, 2018, to file a brief. The brief from the Acting Commissioner of the Social Security Administration is due forty-two days from the filing of plaintiff's brief.

IT IS SO ORDERED this 20th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE